1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER RICHARDSON,<br><br>                 Plaintiff,<br><br>        v.<br><br>PATH LOGIC NOW, aka NEOGENOMICS<br><br>                 Defendant. | No.  2:16-cv-02687 TLN GGH PS<br><br><br>ORDER |

Plaintiff, proceeding in pro se, requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This case was referred to this court pursuant to Eastern District of California Local Rule [hereafter referred to as "LR"] 302(c)(21).

Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

The determination whether plaintiff may proceed in forma pauperis does not complete the present inquiry.  Title 28 U.S.C. § 1915(e)(2) directs the court to dismiss a case at any time if the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.

1

Plaintiff's Complaint fails to comply with the formatting requirements found in LR 130 which include (1) the use of paper with numbered lines as appear on this Order, must be double spaced except for identification of counsel, title of the action, category headings, footnotes, quotations, exhibits and descriptions of real property, and each page is to be numbered consecutively at the bottom with a brief description of the document on the same line.[1] However, this is understandable given that the complaint is filed on an acceptable form for civil rights actions. In the future, plaintiff shall endeavor to follow correct formatting procedures.

## CONCLUSION

Good cause appearing, IT IS ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Service is appropriate for the following defendant: Path Logic Now aka Neogenomics.

3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

5. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

---

[1] Copies of the Local Rules are available at the office of the Clerk of the Court, 501 "I" Street. Sacramento, CA, 4th Floor.

  c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

  d. One copy of this court's status order for each defendant; and

  e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. If a defendant waives service, the defendant is required to return the signed waiver to the United States Marshal. If the Marshal has already attempted personal service, the filing of an answer or a responsive motion will not relieve a defendant from the potential obligation to pay the costs of service pursuant to Federal Rule of Civil Procedure 4(d)(2).

8. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, CA 95814, Tel. No. (916) 930-2030.

9. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 110 and 183(a).

**IT IS SO ORDERED.**

Dated: November 20, 2016

          /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

GGH.Rich.2687.IFP.amm