UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER RICHARDSON,<br><br>              Plaintiff,<br><br>      v.<br><br>PATH LOGIC NOW,<br><br>              Defendant. | No. 2:16-cv-02687 TLN GGH<br><br><br><br>ORDER |

The above-captioned matter now being at issue, the court orders as follows:

1.      The parties must meet and confer about Federal Rule of Civil Procedure automatic disclosures by April 7, 2017;

2.      The parties must submit a Joint Status Report in conformity with Eastern District of California Local Rule;

3.      The Clerk of the Court shall provide the parties with this court's Order Requiring Timely Service and Joint Status Report.

**IT IS SO ORDERED.**

Dated: March 6, 2017

                                         /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE