UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEATHER RICHARDSON,

Plaintiff,

v.

PATH LOGIC NOW, aka NEOGENOMICS

Defendant.

No. 2:16-cv-02687 TLN GGH

ORDER

*PROCEDURAL BACKGROUND*

Plaintiff commenced this Americans with Disabilities ["ADA"] action filed on February 3, 2016 while proceeding in pro se. ECF No. 1. Based upon plaintiff's pro se status the case was referred to this court pursuant to Eastern District of California Local Rule 302(c)(21). On March 7, 2017 the court issued an Order directing the parties to act in conformity with Federal Rule of Civil Procedure 26 with regard to meeting and confer and submission of a Joint Status Report to this court.

On April 21, 2017 attorney D. Randall Ensminger made an appearance on behalf of plaintiff. ECF No. 20. As a result the status of this case was changed from pro se to reflect attorney representation of plaintiff. That also changed the responsibility for managing this case from this court to that of the District Judge assigned to the matter, Hon. Troy L. Nunley. The undersigned is now involved in this court only pursuant to Eastern District of California Local

1

Rule 302 (c) (1) and upon referral made by the District Judge as to specific issues that arise.

In light of the foregoing IT IS HEREBY ORDERED that the Joint Status Report filed by the parties on April 21, 2017, is referred to the District Court for further action.

DATED: May 8, 2017

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE