ENSMINGER LAW OFFICES
D. RANDALL ENSMINGER (SBN 202371)
570 5th Street
Lincoln, CA 95648
Telephone: (916) 434-0220
Facsimile: (916) 434-2530
Email: randall@ensmingerlaw.com

Attorney for Plaintiff
HEATHER RICHARDSON

JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
SIERRA VIERRA (SBN 307874)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: kuykendd@jacksonlewis.com
sierra.vierra@jacksonlewis.com

Attorneys for Defendant
PATHLOGIC NOW, aka NEOGENOMICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>PATHLOGIC NOW, aka NEOGENOMICS<br><br>Defendant. | CASE NO. 2:16-CV-02687-TLN-GGH<br><br>Assigned for All Purposes to:<br>The Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Complaint Filed: November 14, 2016<br>Discovery Cutoff: January 31, 2018<br>Pretrial Conf.: November 1, 2018<br>Trial: January 14, 2019 |

Plaintiff Heather Richardson ("Plaintiff") and Defendant Pathlogic Now, aka NeoGenomics ("Defendant"), by and through their respective attorneys of record, and pursuant to USDC ED CA Local Rules 143 and 144(d) and Federal Rule of Civil Procedure 16(b), hereby stipulate and agree as follows:

**WHEREAS**, on or about June 16, 2017, this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b) and the FRCP 26(f) Joint Status Report of the parties, issued a Pretrial

Scheduling Order, setting the close of fact discovery on January 31, 2018, setting the case for trial, and establishing an initial January 14, 2019 trial date (Doc. 23);

**WHEREAS**, the parties worked diligently towards completing fact discovery and successfully completed fact discovery within the January 31, 2018 deadline;

**WHEREAS**, the parties' fruitful discovery efforts have enabled them to engage in a good faith settlement effort. Such discussions are ongoing, and the parties continue to meet and confer over whether a resolution can be achieved;

**WHEREAS**, the Pretrial Scheduling Order includes a March 30, 2018 deadline for expert disclosures;

**WHEREAS**, the parties are reluctant to expend further time and resources litigating the action while they are seriously evaluating the merits of pre-trial resolution, especially where the necessary expenditures to litigate this action may preclude a successful pre-trial resolution;

**WHEREAS**, the parties have acted with diligence in trying to adhere to the current pretrial deadlines but are making this requests to the Court for modification of the current scheduling order because absent an extension, the parties will have no choice but to immediately have experts work in earnest on their respective Rule 26 Reports;

**WHEREAS**, neither party will be prejudiced by a three-month continuance of the current trial date and related pretrial deadlines; and

**WHEREAS**, there have been no previous requests to amend the Pretrial Scheduling Order.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Pretrial Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

/ / /

/ / /

/ / /

/ / /

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosures and Reports | March 30, 2018 | May 30, 2018 |
| Rebuttal Expert Disclosures | April 19, 2018 | June 19, 2018 |
| Dispositive Motion Hearing Cut-Off | July 26, 2018 | September 27, 2018 |
| Joint Final Pretrial Conference Statement | October 25, 2018 | January 2, 2019 |
| Final Pretrial Conference | November 1, 2018 | January 8, 2019 |
| Trial | January 14, 2019 | March 11, 2019 |

**IT IS FURTHER STIPULATED AND AGREED** between the parties that all other provisions of the Pretrial Scheduling Order of June 26, 2017 shall remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be valid as an original signature.

**IT IS SO STIPULATED.**

Dated: March 30, 2018        ENSMINGER LAW OFFICES

By: /s/ *D. Randall Ensminger (as authorized on 3/30/18)*
       D. RANDALL ENSMINGER

Attorneys for Plaintiff
HEATHER RICHARDSON

Dated: March 30, 2018        JACKSON LEWIS P.C.

By: /s/ *Dale R. Kuykendall*
       DALE R. KUYKENDALL
       SIERRA VIERRA

Attorneys for Defendant
PATHLOGIC NOW aka NEOGENOMICS

# ORDER

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Pretrial Scheduling Order (Doc. 23) previously set forth by the Court are revised as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosures and Reports | March 30, 2018 | May 30, 2018 |
| Rebuttal Expert Disclosures | April 19, 2018 | June 19, 2018 |
| Dispositive Motion Hearing Cut-Off | July 26, 2018 | **September 20, 2018** |
| Joint Final Pretrial Conference Statement | October 25, 2018 | **January 3, 2019** |
| Final Pretrial Conference | November 1, 2018 | **January 10, 2019, at 2:00 p.m.** |
| Trial | January 14, 2019 | **March 11, 2019, at 9:00 a.m.** |

**IT IS SO ORDERED.**

**Dated: April 9, 2018**

Troy L. Nunley
United States District Judge