| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ENSMINGER LAW OFFICES<br>D. RANDALL ENSMINGER (SBN 202371)<br>570 5th Street<br>Lincoln, CA 95648<br>Telephone: (916) 434-0220<br>Facsimile: (916) 434-2530<br>Email: randall@ensmingerlaw.com<br><br>Attorney for Plaintiff<br>HEATHER RICHARDSON |
| 7<br>8<br>9<br>10<br>11<br>12 | JACKSON LEWIS P.C.<br>DALE R. KUYKENDALL (SBN 148833)<br>SIERRA VIERRA (SBN 307874)<br>400 Capitol Mall, Suite 160<br>Sacramento, CA 95814<br>Telephone: (916) 341-0404<br>Facsimile: (916) 341-0141<br>Email: kuykendd@jacksonlewis.com<br>       sierra.vierra@jacksonlewis.com<br><br>Attorneys for Defendant<br>PATHLOGIC NOW, aka NEOGENOMICS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER RICHARDSON,<br><br>  Plaintiff,<br><br>  v.<br><br>PATHLOGIC NOW, aka NEOGENOMICS<br><br>  Defendant. | CASE NO. 2:16-CV-02687-TLN-GGH<br><br>Assigned for All Purposes to:<br>The Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>**MODIFIED FROM SUBMITTED VERSION**<br><br>Complaint Filed:  November 14, 2016<br>Discovery Cutoff: January 31, 2018<br>Pretrial Conf.:   January 10, 2019<br>Trial:            March 11, 2019 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

1

STIPULATION AND ORDER TO ELECT
REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP)
PURSUANT TO LOCAL RULE 271

*Heather Richardson v. Pathlogic Now aka Neogenomics*
Case No. 2:16-CV-02687-TLN-GGH

(a) The parties propose the VDRP process be completed and the Neutral's confirmation of completion be filed by **August 1, 2018**.

(b) The parties propose the scheduling deadlines for rebuttal expert disclosures and the dispositive motion hearing cut-off set forth in the Court's Order Amending the Scheduling Order (Doc. 27) be extended by sixty (60) additional days so that the parties may focus their efforts on resolving this matter through the Voluntary Dispute Resolution Program. As revised, rebuttal expert disclosures would be due by **August 20, 2018**, and the dispositive motion cut-off date would be **November 15, 2018**.

(c) No further pretrial activity needs to be completed before the VDRP session is held. Aside from the revised scheduling deadlines for rebuttal expert disclosures and the dispositive motion hearing cut-off set forth in (b), no further pretrial activity needs to be stayed until the VDRP is concluded.

Dated: June 6, 2018          ENSMINGER LAW OFFICES

                             By: */s/ D. Randall Ensminger* (as authorized on 06.06.18)
                                 D. RANDALL ENSMINGER

                             Attorneys for Plaintiff
                             HEATHER RICHARDSON


Dated: June 6, 2018          JACKSON LEWIS P.C.

                             By: */s/ Dale R. Kuykendall*
                                 DALE R. KUYKENDALL
                                 SIERRA VIERRA

                             Attorneys for Defendant
                             PATHLOGIC NOW aka NEOGENOMICS

**IT IS SO ORDERED.**

**Dated: June 7, 2018**

                             _____
                             Troy L. Nunley
                             United States District Judge

2

STIPULATION AND ORDER TO ELECT
REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP)      *Heather Richardson v. Pathlogic Now aka Neogenomics*
PURSUANT TO LOCAL RULE 271              Case No. 2:16-CV-02687-TLN-GGH