ENSMINGER LAW OFFICES
D. RANDALL ENSMINGER (SBN 202371)
570 5th Street
Lincoln, CA 95648
Telephone: (916) 434-0220
Facsimile: (916) 434-2530
Email: randall@ensmingerlaw.com

Attorneys for Plaintiff
HEATHER RICHARDSON

JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
SIERRA VIERRA (SBN 307874)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: kuykendd@jacksonlewis.com
       sierra.vierra@jacksonlewis.com

Attorneys for Defendant
NEOGENOMICS LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER RICHARDSON,<br><br>      Plaintiff,<br><br>     v.<br><br>PATHLOGIC NOW, aka NEOGENOMICS<br><br>      Defendant. | CASE NO. 2:16-CV-02687-TLN-GGH<br><br>**JOINT STIPULATION FOR DISMISSAL; ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

    Plaintiff HEATHER RICHARDSON and Defendant NEOGENOMICS LABORATORIES, INC. by and through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

///

///

IT IS SO STIPULATED AND AGREED:

| | |
|---|---|
| Dated: November 8, 2018 | ENSMINGER LAW OFFICES |

By: /s/ *D. Randall Ensminger* (as authorized on 11.08.18)
    D. RANDALL ENSMINGER

Attorney for Plaintiff
HEATHER RICHARDSON

| | |
|---|---|
| Dated: November 9, 2018 | JACKSON LEWIS P.C. |

By: /s/ *Dale R. Kuykendall*
    DALE R. KUYKENDALL
    SIERRA VIERRA

Attorneys for Defendant
NEOGENOMICS LABORATORIES, INC.

## **ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED

Dated: November 9, 2018

HON. TROY L. NUNLEY
U.S. DISTRICT COURT JUDGE